**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Lance S. Barton
Louisiana State Prison DOC No. 106920
17544 Tunica Trace - Oak-3
Angola LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 31, 2022

**REHEARING ACTION: August 31, 2022**

**Docket Number: 22   00131-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LANCE S. BARTON**

**Writ Application from Acadia Parish Case No. 84349**

**BEFORE JUDGES:**

> **Hon. Candyce G. Perret**
> **Hon. Jonathan W. Perry**
> **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lance S. Barton** has this day been

> **DENIED.**

cc: Donald Dale Landry, Counsel for  the Respondent
    Glynn Shelly Maturin, II, Counsel for  the Respondent